AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE      DISTRICT OF      PUERTO RICO

| UNITED STATES OF AMERICA, | **APPEARANCE** |
|---|---|
| v. | CASE NUMBER: 99-322 (PG) |
| VICTOR LOPEZ-HERNANDEZ | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.


| April 21, 2005 | /S/ Francisco A Ojeda-Diez |
| *Date* | *Signature* |
| | *Francisco A. Ojeda-Diez* |
| | *Print Name* |
| | *Torre Chardón, Suite 1201, 350 Chardón St.* |
| | *Address* |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | *(787) 766-5656* |
| | Phone Number |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Guillermo A. Macari-Grillo, gmacari@iname.com, gmacari@prw.net.

    At Hato Rey, Puerto Rico, April 21, 2005.

                                                        s/Francisco A. Ojeda-Diez
                                                        Francisco A. Ojeda-Diez
                                                        U.S.D.C. No. 211108
                                                        Torre Chardón, Room 1201
                                                        350 Carlos Chardón Avenue
                                                        Hato Rey, Puerto Rico  00918
                                                        Tel: 787-766-5656
                                                        Fax: 787-766-5398
                                                        E-mail: francisco.ojeda@usdoj.gov