IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,     *
    Plaintiff     *                    Criminal No. 99-322 (PG)
    v.     *
VICTOR LOPEZ-HERNANDEZ,     *
    Defendant     *
_____     *

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Comes now VICTOR LOPEZ HERNANDEZ, through the undersigned attorney, and respectfully informs this Honorable Court that he wishes to appeal, *in forma pauperis*, the sentence imposed on him by this Honorable Court on April 25, 2005, which appears entered on docket number 130 on April 27, 2005.

WHEREFORE, it is respectfully informed to this Honorable Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd of May 2005.

s/ GUILLERMO MACARI
Guillermo Macari, USDC-PR 206308
P.O. Box 190222
San Juan, PR 00919-0222
Tel. (787) 763-7613
Fax (787) 767-5046
E-mail: gmacari@iname.com

CERTIFICATE OF SERVICE

I hereby certify that on 5/3/05, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record. At San Juan, Puerto Rico, this 3rd of May 2005.

s/ GUILLERMO MACARI