**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** June 1, 2005

**DC #:** 99-322 (PG)

**APPEAL FEE PAID:** YES ____   NO  X

**CASE CAPTION:** USA v. Maldonado-García
Defendant: Víctor López-Hernández (3)

**IN FORMA PAUPERIS:** YES ____   NO  X

**MOTIONS PENDING:** YES ____   NO  X

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Sentence entered on 04/27/05

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-131** | I |
| **Docket Entries 94,114,115 (Transcripts)** | II |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    S/ Xiomara Muñiz
    Xiomara Muñiz
    Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk