UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED
U.S. PROBATION OFFICE
PUERTO RICO DISTRICT
05 JUN 24 PM 3:23

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Vs. | * | 99-CR-00322-001 (PG) |
| **LOPEZ-HERNANDEZ, VICTOR** | * | |

# ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this June 24, 2005.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____