UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:       August 19, 2005

DC #:       99-322  (PG)

CCA #      05-1850

CASE CAPTION:           USA     v.     Maldonado-García
                        Defendant:     Víctor López-Hernández  (3)

SPECIAL COMMENTS:       Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                      VOLUMES:

**Docket Entry  144  (Transcript)**                                  I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk