UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE: September 2, 2005

DC #: 99-322 (PG)

USCA #: 05-1850

CASE CAPTION: USA  v.  López-Hernández
Defendant: Víctor López-Hernández (3)

SPECIAL COMMENTS: Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 71 PSR) & 146 (Transcript) | I |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñíz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk