# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL     District of     PUERTO RICO

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|

**V.**

Victor LOPEZ-HERNANDEZ

Case Number:     99 CR 00322-003 (PG)

USM Number:     19306-069

**Date of Original Judgment:** February 16, 2001
(Or Date of Last Amended Judgment)

Guillermo MACARI-GRILLO
Defendant's Attorney

**Reason for Amendment:**

X   Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐   Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐   Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐   Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐   Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐   Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐   Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐   Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐   Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

X   pleaded guilty to count(s)   One & Five ( 1 & 5)

☐   pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐   was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(a)(1) | Possession with intent to distribute forty-nine (49) grams of cocaine base. | 12/11/97 | One |
| 18:922(g)(1) | Unlawful transportation of firearms. | 12/11/97 | Five |

The defendant is sentenced as provided in pages 2    5    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

X   Count(s)    remaining counts    ☐ is X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 25, 2005
Date of Imposition of Judgment

s/ Juan M. Pérez-Giménez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, USDJ
Name and Title of Judge

April 25, 2005
Date

132

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
            Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT:    VICTOR LOPEZ-HERNANDEZ
CASE NUMBER:  99 CR 322-03 (PG)

Judgment — Page ___2___ of ___5___

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term **of One Hundred Eight (108) months as to each of counts one and five to be served concurrently with each other and consecutively to the sentence imposed by the Commonwealth of Puerto Rico, on December 19, 1997.**

X    The court makes the following recommendations to the Bureau of Prisons:
      That the defendant be designated to serve his sentence at FCI Coleman, Florida and that he be allowed to participate in a substance abuse treatment program at whatever institution he is designated.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at _____ ☐ a.m. ☐ p.m.    on _____

      ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    before 2 p.m. on _____

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on ___9-7-05___ to ___FCC Coleman___
a ___Coleman, Fla___ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL