# United States Court of Appeals
## For the First Circuit

No. 05-1850

99-322 (PG)

UNITED STATES,

Appellee,

v.

VICTOR LOPEZ-HERNANDEZ,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: April 3, 2006

Appellant appeals from the sentence imposed on April 25, 2005, at a resentencing hearing ordered by this court in its judgment dated September 10, 2003. We agree with both parties that the resentencing court erred as a matter of law in viewing itself as unable to exercise its discretion in determining whether to impose the federal sentence to run concurrent with or consecutive to a Puerto Rico sentence involving the same offense conduct.

The sentence is <u>vacated</u> and the case is <u>remanded</u> to the district court for resentencing by a different judge, in conformity with our September 10, 2003 judgment.

<u>It is so ordered</u>.

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
    Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: 4/3/06

[certified copies: Honorable Juan M. Perez-Gimenez, Frances DeMoran, Clerk United States District Court for the district of Puerto Rico]

[cc: Maria Soledad Ramirez-Becerra, Esq., Francisco A. Ojeda-Diez, Esq., H.S. Garcia, USA, Timothy S. Vasquez, AUSA, Nelson J. Perez-Sosa, AUSA, Thomas F. Klumper, AUSA]