UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

NO.99-323-(P6)

CR-99-322-3 PG

UNITED STATES

APPELLEE

V.

VICTOR LOPEZ-HERNANDEZ

DEFENDANT-APPELLANT

RECEIVED & FILED
2006 APR 21 PM 2:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## MOTION REQUESTING ATTORNEY

Defendant, pro se, respectfully requests this Honorable Court to appoint attorney Maria Soledad Ramirez-Becerra to represent him at the re-sentencing in accordance to Appellate Courts' order dated April 5, 2006. In the alternative any other Lawyer this court deems appropriate.

Respectfully Submitted;

/S/ *Victor Lopez Hernandez*
Victor Lopez-Hernandez
Reg 19306-069

FCC-Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, Florida 33521