**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>        **Plaintiff**<br><br>        **v.**<br><br>**VICTOR LOPEZ-HERNANDEZ,**<br>        **Defendant** | **Criminal No. 99-322 (ADC)** |

**ORDER**

The Federal Public Defender is appointed to represent defendant López-Hernández during re-sentencing procedures.

The U.S. Probation Office is authorized to disclose to the Federal Public Defender copy of the Presentence Investigation Report in the case at bar.

The Federal Public Defender is granted until **July 14, 2006**, to file any sentencing memorandum that is deemed proper.

The U.S. Marshal is instructed to locate and transport defendant López-Hernández from the designated institution to this district to enable his appearance at sentence.

The U.S. Attorney's Office is granted until **July 7, 2006**, to file the necessary petitions before the Court and the Bureau of Prisons, so as to enable defendant's transportation to and appearance in the District of Puerto Rico.

**Sentence is scheduled for July 20, 2006 at 10:00 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 26th day of June, 2006.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**