**United States District Court
For the District of Puerto Rico**

_____

NO. 99-322-(ADC)

**UNITED STATES**

**v.**

**VICTOR LOPEZ-HERNANDEZ**

**DEFENDANT**

_____

**INFORMATIVE MOTION TO WITHDRAW REPRESENTATION**

TO THE HONORABLE COURT:

COMES NOW, María Soledad Ramírez-Becerra, and very respectfully Informs and Prays:

1.  On April 21, 2006, defendant, Victor Lopéz Hernández, filed a pro-se motion requesting the appointment of the undersigned as his counsel or any other lawyer the court deemed appropriate. (See Docket No. 151).

2.  On April 27, 2006, Mr. López motion was granted by Hon. Judge Pérez Giménez. (See Docket No. 153).

3.  On June 26, 2006, this Honorable Court, through, Honorable Judge Aida Delgado Colón, appointed the Federal Public Defender to represent Mr. López during the re-sentencing procedures. (See Docket No. 155).

Informative Motion to Withdraw
Representation
United States v. Victor López-Hernández
No. 99-322-ADC
page 2

**WHEREFORE**, the undersigned respectfully requests that this Court takes note of the aforestated and that she be allowed to withdraw as counsel of record in this case.

I HEREBY CERTIFY that on this date this motion was electronically filed in the United States District Court for the District of Puerto Rico and that the same was notified to: **Scott H. Anderson, scott.h.anderson@usdoj.gov,** and by mail to: Mr. Victor López-Hernández, Reg. 19306-069, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, Florida 33521.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 27th day of June 2006.

**S/MARIA SOLEDAD RAMIREZ BECERRA LAW OFFICE**
421 Muñoz Rivera, Suite 414
Midtown Plaza
Hato Rey, Puerto Rico 00919
Tels. (787) 282-6753 / 767-7999
Fax  (787) 282-6712


**S/MARIA SOLEDAD RAMIREZ-BECERRA**
USDC-PR NO. 206402

C:\Oficina\Mociones\95VictorLópez\95Informative Motion PR.doc

Informative Motion to Withdraw
Representation
United States v. Victor López-Hernández
No. 99-322-ADC
page 3

**CERTIFICATE OF SERVICE**

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 5 of October 2005.

<u>S/MARIA SOLEDAD RAMIREZ-
BECERRA LAW OFFICE</u>
P.O. Box 194395
San Juan, Puerto Rico 00919
Tels. (787) 767-7999/282-6753
Fax (787)   282-6712


**MARIA    SOLEDAD    RAMIREZ-
BECERRA**

Informative Motion to Withdraw
Representation
United States v. Victor López-Hernández
No. 99-322-ADC
page 4

USDC-PR NO. 206402

I HEREBY CERTIFY that a true and exact copy of this motion was mailed on this date, to the following persons:

**US Marshall**
U.S. Marshall Service
Federal Building
Room 100
San Juan, PR 00198-1767

U.S. Probation
U.S. Probation Office
Federal Buiding
Room 143
San Juan, PR 00918-1767
Pretrial Services
U.S. Pretrial Services
Federal Building
Room 691
San Juan, PR 00918-1767

**Francisco A. Ojeda-Diez**
**Humberto S. García**
United States Attorney's Office
Torre Chardón
350 Carlos Chardón St.
Suite 1201
San Juan, Puerto Rico 00918

In San Juan, Puerto Rico, this       of June 2005.

**S/MARIA SOLEDAD RAMIREZ-**
**BECERRA LAW OFFICE**
421 Muñoz Rivera, Suite 414
Midtown Plaza
Hato Rey, Puerto Rico 00919
Tels. (787) 282-6753 / 767-7999
Fax   (787) 282-6712

Informative Motion to Withdraw Representation
United States v. Victor López-Hernández
No. 99-322-ADC
page 5

**MARIA SOLEDAD RAMIREZ-BECERRA**
USDC-PR NO. 206402

C:\Oficina\Mociones\95VictorLópez\95Informative Motion PR.doc