# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: July 20, 2006

HONORABLE AIDA M. DELGADO-COLON,  U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sarah V. Ramón        Case No. CR. 99-0322 (ADC)

COURT REPORTER: Diane Breaz

COURT INTERPRETER: Not needed

===============================================================

United States of America              ATTORNEYS:

                                          Scott Anderson, AUSA

Plaintiff

v.

Víctor López-Hernández                 Víctor González-Bothwell, AFPD

Defendant(s)
===============================================================

Re-Sentence not held.

Defense counsel informs he is not ready for today's hearing.  Clarifies the defendant has been serving his sentence in the State of Florida and was not flown in until last night.  Therefore, he has not been able to meet with him and discuss matters regarding his re-sentence.  Requests a brief continuance.

After hearing arguments by the defense, the Court grants the request.

The Court orders that the Pre-Trial Services Report be made available to both defense and government's counsel.

The Court orders that defense counsel meet with the probation officer to finalize his assessment of the case.  The sentencing memorandum is to be filed no later than August 2, 2006.

**The Re-Sentence is set for August 2, 2006 at 11:00 a.m.**

s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk