IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA *

      vs.           *   CR. NO. 99-322 (PG)

VICTOR LOPEZ HERNANDEZ   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOR SENTENCE

The above-captioned cause came on to be heard before the HONORABLE JUAN PEREZ GIMENEZ, United States District Court Judge for the District of Puerto Rico on February 16, 2001.

BOABDIL VAZQUETELLES, JR

P.O. BOX 11850, SUITE 236

SAN JUAN, PUERTO RICO 00922-1850

(787) 250-8507 - 783-6569



1    in that report that you wish me to correct at this time?
2            THE DEFENDANT: No, Your Honor.
3            THE COURT: Any from the government?
4            MS. MORALES: None, Your Honor.
5            THE COURT: Counsel, is there any
6    information you would like to provide the court on behalf
7    of your client.
8            MS. RAMOS: Yes, Your Honor, the defendant
9    is quite repentant and remorse of the actions he has
10   done. He realized the seriousness of the same and he has
11   tried his best to become a law abiding citizen. I have
12   with me the record from the State Court that the
13   Correction Administration under the Commonwealth and he
14   has behaved quite well. In prison he has taken the course
15   and he has tried long before he came under the custody of
16   the Federal authorities. He has tried to rehabilitate
17   himself, Your Honor. Although he left school at the
18   eleventh grade, he is quite intelligent and he would like
19   to continue studies and become a law abiding citizen and
20   give a good example to the children he has so that they
21   don't fall the same way he has fallen, Your Honor. I
22   think he can address that better to the court than I
23   myself, however, I would request the court that pursuant
24   to the plea agreement, which was recommended by the
25   government, that he be sentenced to the lower end of the

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
 2

 3      ------------------------------------

 4      UNITED STATES OF AMERICA          :

 5              vs.                       :  CR. 99-322 (PG)

 6      VICTOR LOPEZ HERNANDEZ            :

 7      ------------------------------------

 8                        FOR CHANGE OF PLEA

 9      The above-entitled cause came on to be heard before the

10      HONORABLE JUAN M. PEREZ-GIMENEZ, U.S. District Judge,

11      sitting in Hato Rey, Puerto Rico on August 29, 2000.

12

13

14

15

16

17

18

19

20

21              BOABDIL VAZQUETELLES, JR., CM,
                     Official Court Reporter
22                 P.O. BOX 11850, SUITE 236
              SAN JUAN, PUERTO RICO 00922-1850
23                (787) 250-8507 - 525-3487
                      bovaz@altavista.net
24

25
```

RECEIVED & FILED
03 MAR 11 PM 5:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

1    and the fact that he is waiving them by pleading
2    guilty, I find that he is acting voluntarily and with
3    full knowledge of the offense. There is a basis in
4    fact for the plea and therefore, a judgement of guilty
5    shall be entered as to Counts one and five. I will
6    request a pre-sentence report. Counsel, will you be
7    available January 8?
8         MS. RAMOS: I am checking, Your Honor. Yes, Your
9    Honor.
10        THE COURT: 9:00 o'clock.
11        MS. RAMOS: Yes.
12        THE COURT: Sentence is set for January 8 of the
13   year 2001 at 9:00 o'clock.
14        MS. RAMOS: Your Honor, there is something I wish
15   to bring to the attention of the court on paragraph 14,
16   page seven. In this particular case at the time that
17   the defendant was arrested, December 11, 1997, he was
18   on probation in the state court charges and although he
19   was charged in the state court and the motion to
20   suppress was granted in the state court, he remains
21   incarcerated because his probation was revoked,
22   however, it was revoked without having a hearing. And
23   afterwards defendant represented by state court
24   attorneys filed numerous motions before the parole
25   board and he was never granted a hearing. That is the

```
 1   reason why he remains incarcerated since his arrest up
 2   to this time and at the time of sentencing we will
 3   bring the files of the board in order to bring this
 4   before this court.  Your Honor, this is a very
 5   particular case.  We would have a plea hearing and
 6   since the case was dismissed in the state court, he
 7   would not have served his two years that he has served
 8   and we would like to bring that before the court.
 9        THE COURT:  All right.  Bus I explained to
10   Mr. Lopez, what appears here, the plea agreement is a
11   recommendation that you are requesting the court to
12   make, a recommendation to the Bureau of Prisons to
13   inquire on this matter which is the proper forum.  I
14   can't give him the credit.  You understand that I can't
15   give him the credit.  That is for the Bureau of
16   Prisons.  If they don't give him the credit, there is
17   an administrative appeal which goes up to the Attorney
18   General which is in the first instance that has to
19   determine whether the credit for his two years will be
20   given or not for the sentence that I will dictate in
21   the year 2001, January 8.  As long as that is clear
22   that it is a recommendation; that I can't give him the
23   credit.  Do you understand that, Mr. Lopez?
24        THE DEFENDANT:  Yes.
25        THE COURT:  All right.
```