## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          DATE: August 2, 2006

HONORABLE AIDA M. DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sarah V. Ramón          Case No. CR.99-0322-03 (ADC)

COURT REPORTER: Diane Breaz          USPO: Zulma Basora

COURT INTERPRETER: No interpreter needed
================================================================
United States of America                ATTORNEYS:
                                        Scott H. Anderson, AUSA
Plaintiff

v.

Víctor López-Hernández                  Víctor González-Bothwell, AFPD


Defendant(s)
================================================================

The defendant is present in court. He is _X_ under custody.

CASE CALLED FOR A RE-SENTENCING HEARING.

Arguments heard on behalf of defense counsel in support of his request that the sentence to be imposed by the Court be concurrent.

IT IS THE JUDGMENT OF THE COURT:

Imprisonment term for a total of __eight six (86) months, as to each of counts one and five of the indictment in this criminal case, to be served concurrently with sentenced imposed at state level under criminal case numbers KLA 94G00662-0670__

Supervised release for a total term of: __Four (4) years as imposed on April 25, 2005 by Juan M. Pérez-Giménez, U.S. District Judge__

Fine: __None__          Special monetary assessment: __$200.00 as imposed on April 25, 2005 by Juan M. Pérez-Giménez, U.S. District Judge__

Restitution: __None__

Forfeiture: __None__

All terms and conditions are specified in the judgment form.

The defendant is advised of his right to appeal, etc.

_X_ The defendant is to remain under custody.

CR.99-0322-03 (PG) Page-2-

The Court notes that the defendant has a projected date of release for December 19, 2008, and such calculation does not include the twelve (12) month credit for good conduct nor the six (6) month credit regarding the halfway house condition upon defendant's release.

                                                          s/Sarah V. Ramón
                                                          Sarah V. Ramón, Deputy Clerk

Case 3:99-cr-00322-ADC   Document 165   Filed 08/02/2006   Page 2 of 2