IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILKINS MALDONADO-GARCIA,

Defendant.

CRIMINAL No. 99-322 (PG)

**MOTION SUBMITTING STIPULATION REGARDING REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW *Wilkins Maldonado-Garcia***, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges and prays as follows:

1. On November 1, 2007, the United States Sentencing Commission lowered the offense level for crack cocaine by two levels pursuant to Amendments # 706 and 711. *See* USSG. App. C, amends. 706, 711 (Nov. 1, 2007). Said amendment was made retroactive effective March 3, 2008. *See* USSG. § 1B1.10.

2. The authority of the Sentencing Commission to make such amendment retroactive is found in 28 U.S.C. § 944(u). It is important to note that both decisions of the Sentencing Commission, to lower the offense levels for crack and to make the amendment retroactive, are based on the recognition that the 100-to-1 powder/crack ratio resulted in

over-incarceration and unwarranted sentencing disparities that urgently needed to be alleviated. USSG, App. C, Amend. 706 (Nov. 1, 2007); *see also* USSG, *Report to Congress: Cocaine and Federal Sentencing Policy* at 10.

3. The defendant in the present case, Mr. Maldonado, was sentenced on January 8, 2001 by this Honorable Court to a term of imprisonment of 108 months. His sentence was the result of a conviction for an offense involving crack cocaine and according to the Pre-Sentence Investigation Report (hereinafter "P.S.R."), the defendant was subjected to an adjusted offense level of 29. The P.S.R. further calculated defendant's Criminal History Category at III. Accordingly, the imprisonment range dictated by the Sentencing Table was 108 to 135 months imprisonment. The Court sentenced the defendant to the lower end of the applicable range.

4. Pursuant to the terms of the Administrative Order issued by the Chief Judge of this Court in Misc. Case No. 08-31 (JAF), the parties have reached a timely stipulation regarding defendant's petition for a reduction of sentence. Said stipulation is included herein as Exhibit 1 and provides in pertinent part that the **parties have agreed to a sentence of 87 months**.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present motion requesting clarification of judgment and that the same be granted.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 19th day of March, 2008.

**JOSEPH C. LAWS, JR.**
**FEDERAL PUBLIC DEFENDER**

***S/MELANIE CARRILLO JIMÉNEZ***
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC - PR 225107
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2305
Tel. (787) 281-4922
Melanie_Carrillo@fd.org