IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.                                  CRIMINAL NO. 99-322 (PG)

[1] WILKINS MALDONADO GARCIA
    Defendant

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED and AGREED, by and between the parties acting through their undersigned counsel that:

1. Defendant has submitted a request for modification of his sentence pursuant to Title 18, United States Code, Section 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

    Total Offense Level               29

    Criminal History Category        III

    108 to 135 months of imprisonment

    4 years minimum of supervised release

    $15,000.00 - $2,000,000.00 in fine.

3. Defendant was sentenced on January 1, 2001, to 108 months imprisonment.

4. Defendant is eligible for a modification of his sentence pursuant to 18, United States Code, Section 3582(c) and U.S.S.G. §1B.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

5. Defendant's revised guideline calculations is as follows:

    Total Offense Level               27

    Criminal History Category        III

  87 to 108 months of imprisonment

  4 years minimum of supervised release

  $12,500.00 - $2,000,000.00 in fine.

6. Based upon the foregoing, the parties hereby stipulate a sentence of 87 months incarceration is appropriate in this matter.

7. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

8. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed.R. Crim. P. 43, 18, United States Code, Section 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

9. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to Title 18, Untied States Code, Section 3582(c) and U.S.S.G. §1B.10(c), Amendment 706 of the United States Sentencing Commission Guidelines.

Respectfully submitted in San Juan, Puerto Rico, this 18th day of March 2008.

| | |
|---|---|
| **JOSEPH LAWS** | **ROSA EMILIA RODRIGUEZ VELEZ** |
| United States Federal Public Defender | United States Attorney |
| | |
| *s/Héctor Ramos* | */s/José A. Ruíz* |
| Assistant Federal Public Defender | Assistant United States Attorney |
| | Chief, Criminal Division |
| | |
| | */s Jeanette Mercado Ríos* |
| | Assistant United States Attorney |
| | Chief, Narcotics Unit |
| | |
| | */s/ Courtney L. Coker* |
| | Assistant United States Attorney |